UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ADMINISTRATIVE DISTRICT COUNCIL 1 OF ILLINOIS OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO, | ) ) ) ) ) ) | No. 09 C 6945 |
| Plaintiff, | ) | Judge Kennelly |
| v. | ) ) | |
| CHARLES PETERSON, et al., | ) ) | |
| Defendants. | ) | |

## AGREED JUDGMENT ORDER

This matter came before the Court on the motion of Administrative District Council 1 of Illinois of the International Union of Bricklayers and Allied Craftworkers, AFL-CIO ("Union"), Defendant C.J.P. Masonry, Inc., agreed to the motion, the Court is fully informed, and it appears there is good cause to grant the motion and enter this order.

THEREFORE, judgment is entered in favor of the Union and against Defendant C.J.P. Masonry, Inc., as follows:

1. Ordering C.J.P. Masonry, Inc., to provide the Union with a $30,000.00 bond in the required form, or to pay $30,000.00 to the Union to serve as a cash bond;

2. Ordering C.J.P. Masonry, Inc., to cease all work within the geographic and craft jurisdiction of the Union, regardless of the name or business from under which it performs such work, until it provides the bond or cash bond; and

3. Ordering Defendant C.J.P. Masonry, Inc., to pay the Union $2,151.90 as reimbursement of its legal fees and costs in this suit.

The Court retains jurisdiction to enforce the terms of this order.

SO ORDERED.

                                                                  Matthew F. Kennelly, J.

Date:_____