# CERTIFICATE OF SERVICE

I certify that I will file the attached notice of motion, agreed motion, and proposed order through the electronic case filing system on January 20, 2010, which based on current records will result in service on the following attorney:

> Burr E. Anderson, Esq.
> Anderson Law Offices
> 223 W. Jackson Blvd.
> Suite 1100
> Chicago, IL  60606

　　　　　　　　　　　　　　　　　　　　/s/ Barry M. Bennett

F:\B -DC 1\C.Peterson - CJP Masonry\01.20.10 Filing\Certificate of Service2-NOM1.wpd